UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

PEDRO LOPEZ

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

21 -CR-2843( )( )

Defendant(s).

------------------------------------------------------------X

Defendant ___PEDRO LOPEZ___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or XX teleconferencing:

XX    Initial Appearance Before a Judicial Officer

XX    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

verbal consent obtained on the record

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
**PEDRO LOPEZ**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**DAWN M. FLORIO**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**3/12/2021**
Date

_____
U.S. District Judge/U.S. Magistrate Judge