*[Handwritten note from judge:]* This is a three defendant case set for trial under the Court's pandemic protocol for December 1. The application for an indefinite adjournment for no discernable reason is DENIED. SO ORDERED. /s/ P. Kevin Castel, USDJ 9-20-21

# DAWN M. FLORIO LAW FIRM, PLLC
Attorney & Counselors at Law
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

September 20, 2021

<u>Via ECF Filing</u>
Honorable Justice P. Kevin Castel
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 11D
New York, NY 10007-1312

Re: USA v. Pedro Lopez
<u>Docket No. 1:21-CR-00234-PKC-1</u>

Honorable Justice;

    I, Dawn M. Florio, Esq., represents Pedro Lopez on the above instant matter. I am requesting a postponement of the Motions in Limine due October 4, 2021, In Court Appearance on October 19 @ 11am and Trial that is set for December 1, 2021.

    I have reached out to AUSA Micah Ferguson and AUSA Jun Xiang and they both oppose consent to these requests of adjourning Mr. Lopez's motion schedule, case and trial date. I apologize for any inconvenience this will cause the government and I consent to exclusion of time if necessary. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Pedro Lopez*

CC:    All Counsel