UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   21 CR 234-01 (PKC)

        -against-                                  ORDER

PEDRO GERALDO LOPEZ,

                Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing is adjourned from June 7, 2022 to September 21, 2022 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                              *P. Kevin Castel*
                                            P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
           May 18, 2022