UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              21 cr 234 (PKC)

        -against-                                      ORDER

PEDRO LOPEZ,

                          Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Government shall respond to Docket Entry 87, <u>Motion for Reduction in Sentence Pursuant to 18 U.S.C. §3582(c)(2)</u> by March 7, 2025. Defendant may reply by April 4, 2025.

        SO ORDERED.

Dated: New York, New York
       February 5, 2025

                                                     P. Kevin Castel
                                         United States District Judge

Mailed to:
Pedro Lopez, #80230-053
FCI-Loretto
P.O. Box 1000
Cresson, PA 16630